No. 96–5712. HALSEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5713. GULLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5717. CREASEY v. KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–5718. SEGINES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5721. CATHCART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5722. WESTCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5724. WEEKLEY v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–5726. WATKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5730. KAMMEFA v. MARYLAND DEPARTMENT OF AGRICULTURE. C. A. 4th Cir. Certiorari denied.

No. 96–5735. D'SOUZA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5743. SLUDER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5744. AYERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5746. GARCIA-RIVAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5747. RASHID v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5748. KALYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.